

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00308-CV

**IN RE** Evelyn **TENORIO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  July 9, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On April 30, 2014, relator Evelyn Tenorio filed a petition for writ of mandamus complaining of the trial court's temporary orders issued in the underlying suit to modify the terms of the parties' 2012 divorce decree. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-07801, styled *In the Interest of G.V. and C.V. III, Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.